UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
OCT 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                   **RE:**    Richard Lucas ALCALA
                                             Docket Number: 2:03CR00341-01
                                             **REQUEST FOR RECALL OF WARRANT**

Your Honor:

On September 18, 2007, a request for a warrant was submitted to your Honor as Mr. Alcala was alleged to have violated several conditions of his supervised release conditions. (The petition is attached for the Court's review). Mr. Alcala has another Federal case with Judge Wanger in Fresno under Docket Number 1:04CR05330-01. A warrant was requested and ordered in that case as well. After review of the date of issuance in this case, it was noted the warrant was issued on September 27, 2007, the day after Mr. Alcala terminated from supervision in Docket Number 2:03CR00341-01. Therefore, we are requesting the warrant in this matter be recalled. Mr. Alcala will still face violation proceedings on his other federal case.

**EXECUTED ON:**    September 28, 2007
                        Modesto, California
                        DAS/lr

                                          Respectfully submitted,

                                          /s/ Deborah A. Spencer

                                     **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**
                                     Telephone: (916) 683-3322

RE:     Richard Lucas ALCALA
        Docket Number:   2:03CR00341-01
        **REQUEST FOR RECALL OF WARRANT**

---

**THE COURT ORDERS:**

(✓)   The warrant issued on September 27, 2007, in Docket Number 2:03CR00341-01, is recalled

( )   Other:


_10/1/07_                          _[signature]_
**Date**                           **Signature of Judicial Officer**


cc:   Mary L. Grad, Assistant United States Attorney
      United States Marshals Service

Attachment: Prob 12C Petition filed on September 27, 2007